Case 25-41318-elm7   Doc 27   Filed 01/31/26   Entered 01/31/26 19:53:27   Desc Main
Document    Page 1 of 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-41318 | ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |

Case Name:    Christian Avelar

Date Filed (f) or Converted (c):    04/15/2025 (f)

341(a) Meeting Date:    05/20/2025

For Period Ending:    12/31/2025

Claims Bar Date:    10/07/2025

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1986 Ford Ranger Mileage: 100,000 1986 Ford Ranger (Approx. 100,000 Miles) | 1,500.00 | 0.00 | | 0.00 | FA |
| 2. 1995 Dodge D-150  1995 Dodge D-150 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings Entertainment Center $200.00 Nightstand $20.00 Mirror $15.00 Bed $150.00 | 385.00 | 235.00 | | 0.00 | FA |
| 4. Television | 100.00 | 0.00 | | 0.00 | FA |
| 5. 5 Books | 50.00 | 0.00 | | 0.00 | FA |
| 6. Clothes, Shoes & Accessories | 600.00 | 0.00 | | 0.00 | FA |
| 7. 3 Cats | 75.00 | 0.00 | | 0.00 | FA |
| 8. Chase Banking Checking Account Ending #3153 | 1,527.53 | 1,527.53 | | 0.00 | FA |
| 9. Iron King Fitness, Llc | 61,952.15 | 47,527.15 | | 0.00 | 61,952.15 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $67,189.68    $49,289.68    $0.00    $61,952.15

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has reached an agreement with Iron Kingdom Fitness, LLC to purchase Debtor's non-exempt membership interest for $35,000. The Court has entered an order approving the motion to sell. Once Trustee receives those funds, she will prepare her Report of Sale, review claims and continue with the administration of the Estate.

Initial Projected Date of Final Report (TFR): 12/31/2026    Current Projected Date of Final Report (TFR): 12/31/2026

Case 25-41318-elm7   Doc 27   Filed 01/31/26   Entered 01/31/26 19:53:27   Desc Main
Document     Page 2 of 2

Trustee Signature:   /s/ Marilyn D. Garner, Trustee        Date: 01/30/2026

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817)505-1499
mgarner@marilyndgarner.net