**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Christian Avelar | § | CASE NO. 25-41318-elm7 |
| | § | |
| | § | |
| DEBTORS | § | |
| | § | |

## REPORT OF SALE

TO THE HONORABLE EDWARD L. MORRIS, BANKRUPTCY JUDGE:

COMES NOW Marilyn Garner, the Chapter 7 Trustee (the "Trustee") of the Estate for

Christian Avelar (the "Estate") and files this Report of Sale (the "Report"), and in support

thereof would show the court as follows:

### I. BACKGROUND

1.  This case was commenced by the filing of a voluntary petition for relief under Chapter 7

    of the Bankruptcy Code on April 15, 2025.

2.  The Trustee was thereafter duly appointed and has since qualified and is acting as

    Chapter 7 Trustee in this case.

3.  Among the assets of the bankruptcy estate, the Debtor listed on Schedule A/B his

    membership interest in a business known as *Iron Kingdom Fitness, LLC*, and claimed a

    partial exemption in the membership interest on Schedule C. The non-exempt portion of

    the membership interest (the "Property")  is an asset of the estate that Trustee will

    administer for the benefit of the creditors.

4.  The Court entered an Order Granting chapter 7 Trustee's Motion for Court Authority to

    Sell Property of the Estate at Auction Free and Clear of Liens, Claims and Encumbrances

Pursuant to 11 U.S.C. § 363 Order signed October 3, 2025, and entered on the docket

October 6, 2025 [doc25].

## II. SALE OF PROPERTY

5.  On February 02, 2026, Trustee received the proceeds for the sale of the Property in the

amount of **$35,000.00**.

## III. PROCEEDS OF SALE

9.  The Trustee has deposited the net sale proceeds of **$35,000.00** into the estate's bank

account, to be administered for the benefit of the Debtor's creditors pending further order

of the Court.

## IV. CONCLUSION

10. Trustee respectfully submits this Report of Sale for the Court's information and record.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee prays that the court accept this

Report of Sale, and for such other and further relief to which the Estate may be justly entitled.

Dated: February 12, 2026                    Respectfully submitted,

/s/ Marilyn D. Garner
TX Bar No. 07675550
2001 East Lamar Blvd., Suite 200
Arlington, TX 76006
817-505-1499; (817) 549-7200
Proposed Counsel for Trustee

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 12th day of February 2026 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U.S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means.

*/s/Marilyn D. Garner*
Marilyn D. Garner